The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JADE ALEXANDER BEAVIN,<br><br>    Defendant. | CASE NO. 2:22-cr-00103-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 28). Having thoroughly considered the parties' motion and the relevant record, the Court hereby GRANTS the motion.

Trial in this matter is currently set for September 26, 2022. (Dkt. 25). The parties seek a continuance, citing ongoing discovery and multiple matters pending in other jurisdictions as factors creating a need for additional time to investigate, conduct research, and prepare for trial. (Dkt. 28 at 1-2). The defendant agrees with this request and has filed a Waiver of Speedy Trial through April 2023. (Dkt. 26).

///

///

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*U.S. v. Beavin* 2:22-cr-00103-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based upon the following:

1. A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defense, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(1)(B)(7)()B)(iv); and

3. The additional time requested is a reasonable period of delay.

IT IS THEREFORE ORDERED as follows:

1. The Stipulated Motion to Continue Trial (Dkt. 28) is GRANTED.

2. The trial date is continued to March 27, 2023 at 9:00 a.m.

3. All pretrial motions, including motions in limine, shall be filed no later than February 9, 2023.

4. The time from the date of this order until the new trial date of March 27, 2023, is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 9th day of August, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*U.S. v. Beavin* 2:22-cr-00103-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970