The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JADE ALEXANDER BEAVIN,<br><br>                              Defendant. | NO. CR22-103 RAJ<br><br>**DISCOVERY PROTECTIVE ORDER** |

       This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Jade Alexander Beavin, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

       1.    Protected Material

       The following are deemed Protected Material: uncharged incident reports containing personal identifying information of victims.  The United States will make available copies of the Protected Material, including those filed under seal, to defense counsel to comply with the government's discovery obligations.  Possession of copies of the Protected Material is limited to the attorneys of record, and investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Jade Alexander Beavin*, CR22-103 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

2.      Scope of Review of Protected Material

        Defense attorneys of record and members of the defense team may display and review the Protected Material with the Defendant.  The attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of Protected Material to the Defendant and other persons.  Notwithstanding the terms of this Order, defense counsel may provide electronic copies of any Protected Material to the Education Department in the Federal Detention Center at SeaTac, Washington, along with a completed copy of the FDC's Electronic Discovery and Legal Material Authorization Form.  Defendant will not be permitted to have a copy of this material in his cell, but may review it at the FDC Education Department pursuant to BOP and FDC SeaTac's policies and procedures.

3.      Consent to Terms of Protective Order

        The attorney of record for the Defendant is required, prior to disseminating any copies of the Protected Material to permitted recipients, such as other members of the defense teams, to provide a copy of this Protective Order to those permitted recipients, and to obtain the written consent by those recipients of the terms and conditions of this Protective Order. Such written consent shall not, however, be required with respect to members of the defense teams who are employed by the same office as the attorney of record; in such case, it shall be sufficient for the attorney of record to provide a copy of this Protective Order to such other members of the defense teams and to remind them of their obligations under the Order. The written consent need not be disclosed or produced to the United States unless requested by the United States Attorney's Office for the Western District of Washington and ordered by the Court.

///

///

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Jade Alexander Beavin*, CR22-103 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1    4.    Parties' Reciprocal Discovery Obligations

2    Nothing in this order should be construed as imposing any discovery obligations

3    on the government or the defendant that are different from those imposed by case law and

4    Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

5    5.    Filing of Protected Material

6    Any Protected Material that is filed with the Court in connection with pre-trial

7    motions, trial, sentencing, or other matter before this Court, shall be filed under seal and

8    shall remain sealed until otherwise ordered by this Court.  This does not entitle either

9    party to seal their filings as a matter of course.  The parties are required to comply in all

10   respects to the relevant local and federal rules of criminal procedure pertaining to the

11   sealing of court documents.

12   6.    Nontermination

13   The provisions of this Order shall not terminate at the conclusion of this

14   prosecution.  The provisions of this Order shall terminate only by court order.

15   7.    Violation of Protective Order

16   The defendant is on notice that should he violate the terms of this protection order,

17   the United States reserves the right to seek appropriate relief from the Court.

18

19   DATED this 6th day of January, 2022.

20

21

22   The Honorable Richard A. Jones

23   United States District Judge

24

25

26

27

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Jade Alexander Beavin*, CR22-103 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970