The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:22-cr-00103-RAJ |
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| JADE ALEXANDER BEAVIN, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 33). Having thoroughly considered the parties motion and the relevant record, the Court hereby GRANTS the motion.

Trial in this matter is currently set for March 27, 2023. (Dkt. 29). The parties seek a continuance, citing ongoing negotiations and preparation related to multiple matters in other jurisdictions in addition to both counsel experiencing unexpected medical leave and the unexpected medical issue of a family member as factors creating a need for additional time to investigate, conduct research, and prepare for trial. (Dkt. 33 at 1-2). The defendant agrees with this request and has filed a Waiver of Speedy Trial through October 31, 2023. (Dkt. 34).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*U.S. v. Beavin*, 2:22-cr-00103-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based upon the following:

1. A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defense, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(1)(B)(7)()B)(iv); and

3. The additional time requested is a reasonable period of delay.

IT IS FURTHER ORDERED as follows:

1. The Stipulated Motion to Continue Trial (Dkt. 33) is GRANTED.

2. The current trial date is continued to September 18, 2023.  All pretrial motions, including motions in limine, shall be filed no later than August 3, 2023.  The parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

3. The time from the date of this order until the new trial date of September 28, 2023, is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 31st day of January, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*U.S. v. Beavin*, 2:22-cr-00103-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970